Kennedy & Frost, of Cleveland, Ohio, and Hamilton & Kramer, of Columbus, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and the briefs and oral arguments of counsel. And it appearing that the findings of the district court are substantially supported by evidence and are not clearly erroneous, and that the conclusions of law of the district court are correct, the judgment of the district court is affirmed.

Chester BOWLES, Administrator, Office of Price Administration, Appellant, v. HOCKING VALLEY MANUFACTURING COMPANY, Appellee.

No. 10202.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1946.

David London, of Washington, D. C., Samuel J. Weiner and Albert Lederman, both of Cleveland, Ohio, Forrest F. Smith, of Columbus, Ohio, and J. Maxwell Maher, of Cincinnati, Ohio, for appellant.

Kennedy & Frost, of Cleveland, Ohio, and Hamilton & Kramer, of Columbus, Ohio, for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and the briefs and oral arguments of counsel. And it appearing that the findings of the district court are substantially supported by evidence and are not clearly erroneous, and that the conclusions of law of the district court are correct, the judgment of the district court is affirmed.

Fred W. EWING, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10239.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1946.

Walter H. Scott, of Corry, Pa., for petitioner.

Douglas W. McGregor, of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the briefs and record and oral argument of counsel.

On consideration whereof, it is ordered that the decision of the Tax Court of the United States be, and it hereby is, affirmed upon the authority of Commissioner v. Tower, 327 U.S. 280, 66 S.Ct. 532, and for the reasons stated in the opinion of the Tax Court filed October 31, 1945. 5 T.C. 1020.

Ben F. HOPKINS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10183.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1946.

Thompson, Hine & Flory, of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.